UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC DWAYNE GRESHAM | CIVIL ACTION |
| VERSUS | NUMBER: 14-1906 |
| BOBBY JINDAL, GOVERNOR, ET AL. | SECTION: "E"(5) |

# **O R D E R**

The Court, having considered the complaint,[1] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and the Plaintiff's Objections to the Magistrate Judge's Report and Recommendation,[3] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed pursuant to and 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana this 24th day of February, 2015.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 5.
[3] R. Doc. 6.